UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK EISENBAND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>PINE BELT AUTOMOTIVE, INC. d/b/a PINE BELT NISSAN,<br><br>                    Defendant. | Civil Action No. 17-8549 (FLW) (LHG)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Michael R. McDonald, Esq., counsel for Defendant Pine Belt Automotive, Inc. d/b/a Pine Belt Nissan ("Defendant") on a Motion for Summary Judgment; it appearing that Plaintiff Frank Eisenband ("Plaintiff"), through his counsel Stephen P. DeNittis, Esq., has opposed Defendant's motion and also filed a Cross-Motion for Sanctions and Partial Summary Judgment, and, separately, has also filed a Motion to Strike; the Court having heard oral argument on the Motions and considered the submissions of the parties; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 27th day of March, 2020,

**ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 25] is **GRANTED**; and its further

**ORDERED** that Plaintiff's Motion for Sanctions and Partial Summary Judgment [ECF No. 30] is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Strike [ECF No. 45] is **DENIED**; and it is further

**ORDERED** that Plaintiff's claims are **DISMISSED**; and it is further

**ORDERED** that the case shall be marked **CLOSED**.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States Chief District Judge